UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darren Manuel Easter and Elizabeth J. Easter,<br><br>Plaintiffs,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | No. 2:21-cv-00212-KJM-CKD<br><br><br>ORDER |

The parties in the above-captioned case have voluntarily consented to have a United States Magistrate Judge conduct all further proceedings in this case. Accordingly, pursuant to Local Rule 73-301, this matter is REFERRED to the assigned magistrate judge for all further pretrial proceedings. Fed. R. Civ. P. 73.

All dates currently set before the undersigned are hereby VACATED.

IT IS SO ORDERED.

DATED: June 16, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1