UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN MANUEL EASTER, et al., | No. 2:21-cv-0212-CKD |
| Plaintiffs, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

     A Status (Pretrial Scheduling) Conference is set for Wednesday, August 4, 2021, at 10:00 a.m. before the undersigned. Not later than fourteen (14) days prior to the Status Conference, the parties shall file a status report[1] addressing the following matters:

     a. Service of process;

     b. Possible joinder of additional parties;

     c. Any expected or desired amendment of the pleadings;

     d. Jurisdiction and venue;

     e. Anticipated motions and their scheduling;

     f. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

---

[1] The parties are encouraged to file a joint status report if it is feasible to do so. If the parties are not able to file a joint status report, then each party must file an individual status report

g. Future proceedings, including proposed cut-off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

h. Special procedures, if any;

i. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

j. Whether the case is related to any other cases, including bankruptcy;

k. Whether a settlement conference should be scheduled, and whether counsel will stipulate to the magistrate acting as settlement judge and waiving disqualification by virtue of her so acting, or whether they prefer to have a settlement conference before another judge;

l. the parties' positions with respect to Voluntary Dispute Resolution (VDRP) under Local Rule 271(d); and

m. Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED.

Dated: July 1, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.easter21cv212.status